

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00442-CR

**IN RE** Henry **VICHIQUE**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On July 8, 2025, relator filed his petition for writ of mandamus seeking an order compelling

the trial court to rule upon a motion that he allegedly filed. Relator provides no evidence of actually

having filed any motion. Having considered the petition and record before the court, the petition

for writ of mandamus is **DENIED**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2025CC005994, styled *State of Texas v. Henry G. Vichique*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Rosie S. Gonzalez presiding.